Pro Se 14 (INND Rev. 2/20)

-FILED-
JAN 30 2023
At _____ page 1 _____ M
CHANDA J. BERTA, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. **NEATLY** print in ink (or type) your answers.]

**Cornelius Johnson**,
[You are the **PLAINTIFF**, print your full name on this line.]

v.

**Sheriff department**,
[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **1:23CV42**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Sheriff department | 715 S. Calhoun St. 1st FL, Ft. Wayne, In. 46802 |
| 2 | Sheriff T. Hershberger | 715 S. Calhoun St, Ft. Wayne, In. 46802 |
| 3 | John Doe / ofc. merriman | 417 S. Calhoun St, Ft. Wayne, In 46802 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **Allen County Jail 417 S. Calhoun SD. Ft. Wayne, In. 46802**

3. Did the event you are suing about happen there? ☒ Yes.  ◯ No, it happened at: _____

4. On what date did this event occur? **1-20-23**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On 1-20-23, I was transported to court as a detainee in the Allen County Jail an because of the transport van do not have any seatbelts or safety nets I was injured in cause of the van jarring me back an forth while I was handcuffed to my waist making me bump my head several times against the matel wall inside the van because of how John Doe was driving and because I had nothing to keep me safe and secure while the van was in motion and came to a stop. I notified the shift commander(s), Sickafoose an the Sheriff of the incident an I was told I'm on sick call. I went to sickcall the next day 1-21-23 an nurse M. Lindsay saw the bruise on my forehead, nothing else has been been. I was subjected to a bruise on the left side of my forehead, being dizzy with a migrain headache an I have not be given no medicine for my systoms

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                                          page 4

5. When did this event happen?
   ○ Before I was confined.
   ⊗ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ⊗ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because __All responses are on the tablet, A.C.J no longer use paper for grievance its all electronic I was told that Im on the list for sickcall__

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   __pay $2,500,000 in mental, Physical an compensatory damages__

   __Get seatbelts or a better safe way to transport detainee's__

[Initial Each Statement]
   _Y_ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   _Y_ I will keep a copy of this complaint for my records.
   _Y_ I will promptly notify the court of any change of address.
   _Y_ I WILL NOT send more than one copy of any filing to the court.
   _X_ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   _C_ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on _1_/_24_/20_23_ at _7:45_ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _Cornelius Johnson_                                                       _____
   Signature                                                                  Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]