UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CORNELIUS JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | CAUSE NO. 1:23-CV-42-HAB-SLC |

## ORDER

Cornelius Johnson, a prisoner without counsel, was ordered to show cause by June 5, 2023 why this case should not be dismissed for lack of prosecution and to submit a copy of his trust fund ledgers from January 2023 to the present. (ECF 7.) He was cautioned that if he did not respond, the case was subject to dismissal without further notice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (*Id.*) The deadline has passed and he has not responded.

Additionally, the docket reflects that mail sent to Mr. Johnson at the address he provided when he filed this action was returned as undeliverable, with the notation that he is no longer in custody at that facility. (ECF 9, 10.) It is his obligation to keep the clerk apprised of his contact information at all times, but he has not complied with this obligation. *See Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) ("[L]itigants, including prisoners, bear the burden of filing notice of a change of address."). At present, the court has no means of contacting him, and it appears he has abandoned the case.

For these reasons, this action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED on June 21, 2023.

                                           s/ *Holly A. Brady*
                                           JUDGE HOLLY A. BRADY
                                           UNITED STATES DISTRICT COURT