# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

CORNELIUS JOHNSON

    Plaintiff

  v.

                                            Civil Action No.  1:23-cv-42

SHERIFF DEPARTMENT

T. HERSHBERGER, Sheriff

JOHN DOE, ofc. Merriman

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

 _X_ Other:  This case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

 _X_ decided by Judge Holly A. Brady.

DATE: 6/21/2023                                    CHANDA J. BERTA, CLERK OF COURT

by  s/A. Highlen
*Signature of Clerk or Deputy Clerk*